EXHIBIT 2



Matt Grothouse <matt@saperlaw.com>

## Fwd: CPHX - Fwd: supportbee
1 message

**sammy@lifeafterhate.org** <sammy@lifeafterhate.org>  Thu, Sep 20, 2018 at 9:05 AM
To: matt@saperlaw.com, TONY@lifeafterhate.org

----Forwarded using **Multi-Forward Chrome Extension**---
From: Angela King
Date: Fri Sep 15 2017 11:22:46 GMT+1000 (AEST)
Subject: CPHX - Fwd: supportbee
To: "Sipchen, James J." , "Draths, Thomas V P."
Cc: Sammy Rangel , Tony McAleer


**Angela King**
*CO-FOUNDER / DEPUTY DIRECTOR*

LIFEAFTERHATE

**lifeafterhate.org**
**@lifeafterhate**

"For to be free is not merely to cast off one's chains, but to live in a way that respects and enhances the freedom of others."

~Nelson Mandela


---------- Forwarded message ----------
From: **Christian Picciolini** <christian@lifeafterhate.org>
Date: Mon, Aug 21, 2017 at 11:32 PM
Subject: supportbee
To: Angela King <angelaking@lifeafterhate.org>, Sammy Rangel <sammy@lifeafterhate.org>, Tony McAleer <tony@lifeafterhate.org>


can someone please alter supportbee so I don't receive ANY email messages except something assigned to me or something i am tagged in. I just can't manage the duplicate email flow anymore. things are getting lost.

I am adding you all as admins on Google for LAH. It's not a transfer thing, it's just about admins. The company owns the account, as it is a Google for NonProfits free account.

As far as the exitusa domain, I promise to get to it when I can. Frankly, though, it's not even on my priority list and last time I tried it took me a whole day of trying and it didn't work.

Christian

**CHRISTIAN PICCIOLINI**
*CO-FOUNDER // PROGRAM DIRECTOR*
**CHICAGO, IL USA**
**LIFE AFTER HATE // EXITUSA**

**+1 312 572-9707**
**lifeafterhate.org**
**@lifeafterhate**