EXHIBIT 3

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87682122**
**Filing Date: 11/13/2017**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87682122 |
| **MARK INFORMATION** | |
| *MARK | EXITUSA |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EXITUSA |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | PICCIOLINI, CHRISTIAN |
| **INTERNAL ADDRESS** | c/o Saul Ewing Arnstein & Lehr LLP |
| *STREET | Suite 4200 161 N. Clark |
| *CITY | Chicago |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 60601 |
| **PHONE** | 312-876-6685 |
| **FAX** | 312-876-6259 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | Educational services, namely, providing classes, workshops, seminars and lectures in the field of helping individuals disengage from extremist movements and ideologies. |
| **FILING BASIS** | SECTION 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 04/00/2014 |
|     FIRST USE IN COMMERCE DATE | At least as early as 06/00/2014 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\876\821\87682122\xml1\ RFA0003.JPG |
| **SPECIMEN DESCRIPTION** | screenshot of website showing the mark and describing the services |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | <span style="color:red">Social services in the field of helping individuals disengage from extremist movements and ideologies; Providing counseling to individuals to assist them in disengaging from extremist movements and ideologies.</span> |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 04/00/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 04/00/2014 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\876\821\87682122\xml1\ RFA0004.JPG |
| **SPECIMEN DESCRIPTION** | screenshot of website showing the mark and describing the services |
| **ATTORNEY INFORMATION** | |
| **NAME** | Marcus Stephen Harris |
| **FIRM NAME** | Saul Ewing Arnstein & Lehr, LLP |
| **INTERNAL ADDRESS** | Sutie 4200 |
| **STREET** | 161 N. Clark Street |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60601 |
| **PHONE** | 312-876-6685 |
| **FAX** | 312-876-6259 |
| **EMAIL ADDRESS** | marcus.harris@saul.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Judith L. Grubner, Joseph M. Kuo |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Marcus Stephen Harris |
| **FIRM NAME** | Saul Ewing Arnstein & Lehr, LLP |
| **INTERNAL ADDRESS** | Sutie 4200 |
| **STREET** | 161 N. Clark Street |
| **CITY** | Chicago |
| **STATE** | Illinois |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 60601 |
| **PHONE** | 312-876-6685 |

| | |
|---|---|
| FAX | 312-876-6259 |
| *EMAIL ADDRESS | marcus.harris@saul.com; joseph.kuo@saul.com; judith.grubner@saul.com; laura.disanto@saul.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 550 |
| *TOTAL FEE PAID | 550 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Christian Picciolini/ |
| SIGNATORY'S NAME | Christian Picciolini |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 312-572-9707 |
| DATE SIGNED | 11/13/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87682122**
**Filing Date: 11/13/2017**

## To the Commissioner for Trademarks:

**MARK:** EXITUSA (Standard Characters, see mark)
The literal element of the mark consists of EXITUSA.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, CHRISTIAN PICCIOLINI, a citizen of United States, having an address of
    c/o Saul Ewing Arnstein & Lehr LLP
    Suite 4200 161 N. Clark
    Chicago, Illinois 60601
    United States
    312-876-6685(phone)
    312-876-6259(fax)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 041: Educational services, namely, providing classes, workshops, seminars and lectures in the field of helping individuals disengage from extremist movements and ideologies.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/00/2014, and first used in commerce at least as early as 06/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshot of website showing the mark and describing the services.
Specimen File1

    International Class 042: Social services in the field of helping individuals disengage from extremist movements and ideologies; Providing counseling to individuals to assist them in disengaging from extremist movements and ideologies.

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 04/00/2014, and first used in commerce at least as early as 04/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshot of website showing the mark and describing the services.
Specimen File1

The applicant's current Attorney Information:
    Marcus Stephen Harris and Judith L. Grubner, Joseph M. Kuo of Saul Ewing Arnstein & Lehr, LLP
    Sutie 4200
    161 N. Clark Street
    Chicago, Illinois 60601
    United States
    312-876-6685(phone)
    312-876-6259(fax)
    marcus.harris@saul.com (authorized)

The applicant's current Correspondence Information:
    Marcus Stephen Harris
    Saul Ewing Arnstein & Lehr, LLP
    Sutie 4200

161 N. Clark Street
Chicago, Illinois 60601
312-876-6685(phone)
312-876-6259(fax)
marcus.harris@saul.com;joseph.kuo@saul.com; judith.grubner@saul.com; laura.disanto@saul.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
 **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

 **And/Or**
 **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Christian Picciolini/   Date: 11/13/2017
Signatory's Name: Christian Picciolini
Signatory's Position: Owner
Payment Sale Number: 87682122
Payment Accounting Date: 11/13/2017

Serial Number: 87682122
Internet Transmission Date: Mon Nov 13 13:26:27 EST 2017
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2017111313262783
4307-87682122-51064ae41f2a3cbe879313b790
bb67e15c9f9efc0d4416a3ebf4e7a235143e82-C
C-23401-20171103100243444888

# EXITUSA





# CHRISTIAN PICCIOLINI

HOME    BIOGRAPHY    'WHITE AMERICAN YOUTH' BOOK    TEDxMILEHIGH 11.11.17    PRESS    CONTACT

## EXITUSA

ExitUSA was established to help individuals find support to safely disengage themselves, or loved ones, from violent extremism and hateful ideologies.

We help people leave extremist movements and support counselors and social workers working with individuals looking to change.

Through mentoring, classes, workshops, seminars, and lectures, we provide powerful narratives and information, based on our own experiences, to support schools and community groups that have a desire to teach, prevent and counter racism and extremism through a compassionate approach.

If you, or someone you know, is in the dark world that hate takes you to, ExitUSA can help.

No judgment. Just help.

Name

Email*

Phone

Message