EXHIBIT 5



