EXHIBIT 9

