IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE AFTER HATE, INC., a/k/a EXIT USA, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> FREE RADICALS PROJECT, INC., and CHRISTIAN PICCIOLINI, <br><br> Defendants/Counter-Plaintiffs, <br><br> CHRISTIAN PICCIOLINI, <br><br> Third-Party Plaintiff, <br> v. <br><br> TONY MCALEER, SAMMY RANGEL, ANGELA KING, and FRANK MEEINK, <br><br> Third-Party Defendants. | Case No. 18-cv-06967 <br><br> Judge Virginia M. Kendall <br> Magistrate Judge Jeffrey Cole <br><br> Jury Trial Demanded |

**COUNTER-DEFENDANT'S AND THIRD-PARTY
DEFENDANTS' MOTION TO DISMISS**

Counter-Defendant, Life After Hate, Inc. a/k/a Exit USA ("LAH") and Third-Party Defendants, Tony McAleer, Sammy Rangel, Angela King, and Frank Meeink (collectively, the "Board Members"), pursuant to Fed.R.Civ.P. 12(b)(6), hereby move for dismissal with prejudice of the Counterclaim and Third-Party Complaint filed by Defendant/Counter-Plaintiff, Free Radicals Project ("FRP") and Defendant/Counter-Plaintiff/Third-Party Plaintiff, Christian Picciolini ("Picciolini"). In support of their motion, LAH and the Board Members submit herewith a separately filed memorandum of law.

As set forth more fully in the separately filed memorandum, which is incorporated hereby by reference, Picciolini's and FRP's claim against LAH and/or the Board Members are subject to dismissal for a number of reasons  First, portions of Counts IV, V, VI and X are preempted by the Copyright Act.  Second, each of Picciolini's and FRP's claims in Counts I through X fails to state a claim upon which relief can be granted.

WHEREFORE, Counter-Defendant, Life After Hate, Inc. a/k/a Exit USA and Third-Party Defendants, Tony McAleer, Sammy Rangel, Angela King, and Frank Meeink, respectfully request entry of an Order dismissing the Counterclaim and Third-Party Complaint in this case with prejudice and providing any further relief this Court deems just and appropriate.

Respectfully submitted,

LIFE AFTER HATE, INC. a/k/a EXIT USA, TONY MCALEER, SAMMY RANGEL, ANGELA KING, and FRANK MEEINK,

By: /s/ James J. Sipchen
James J. Sipchen
Thomas V.P. Draths
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606-4673
(312) 578-7422
jsipchen@pretzel-stouffer.com
tdraths@pretzel-stouffer.com

*Counsel for Counter-Defendant and Third-Party Defendants*

## CERTIFICATE OF SERVICE

      I, James J. Sipchen, hereby certify that on March 21, 2019, I filed the foregoing document via the CM/ECF System, which caused notification of such filing to be sent to the following parties via electronic mail:

Eugene J. Geekie, Jr.
Joseph M. Kuo
Michael A. Jacobson
Andrew E. Bollinger
Saul Ewing Arnstein & Lehr, LLP
161 North Clark Street, Suite 4200
Chicago, IL 60606
(312)876-7100
eugene.geekie@saul.com
joseph.kuo@saul.com
michael.jacobson@saul.com
Andrew.bollinger@saul.com

Daliah Saper
Saper Law Offices, LLC
505 North LaSalle Street
Suite 350
Chicago, IL 60654
(312)527-4100
ds@saperlaw.com

Matthew Grothouse
Saper Law Offices, LLC
505 North LaSalle Street
Suite 350
Chicago, IL 60654
(312)527-4100
matt@saperlaw.com

                              By: /s/ James J. Sipchen
                                   James J. Sipchen
                                   Thomas V.P. Draths
                                   PRETZEL & STOUFFER, CHARTERED
                                   One S. Wacker Drive
                                   Suite 2500
                                   Chicago, IL 60606-4673
                                   (312) 578-7422
                                   jsipchen@pretzel-stouffer.com
                                   tdraths@pretzel-stouffer.com
                                   *Counsel for Counter-Defendant and Third-Party Defendants*