UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Life After Hate, Inc.
                                        Plaintiff,

v.                                                              Case No.: 1:18−cv−06967
                                                                Honorable Virginia M. Kendall

Free Radicals Project Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 21, 2021:

MINUTE entry before the Honorable Jeffrey Cole: Continued settlement conference held on 5/20/21. As a consequence of the efforts of the parties and their lawyers, the case is settled. The material terms of the settlement agreement were placed on the record. This complicated case has been difficult from the beginning necessitating a significant expenditure of judicial time and effort, and involving numerous, lengthy and complicated opinions by Judge Kendall. In connection with the settlement, special note should be taken of the plaintiffs and especially their counsel, Daliah Saper of Saper Law Offices in Chicago, Illinois. That it was settled at all is due in large measure to her perseverance, patience and skill. The settlement in this case was also attributable to the efforts of counsel for the third party defendant, James Sipchen of Pretzel & Stouffer in Chicago and especially to Mr. Chuck Hewitt, who played an indispensable role in the ultimate resolution of the case. It is safe to say that without Mr. Hewitt's vast experience and sensitivity to the issues at play in this controversy, the case could not have been resolved. They brought conspicuous skills to this case, and their conduct is proof that lawyers can act civilly and courteously in their dealings with each other without sacrificing in the slightest the obligations they owe to their clients. Without the skill and patience that everyone brought to the conference, it would not have had the successful outcome that it did. All matters relating to the referral having been accomplished, the referral is closed and the case returned to Judge Kendall. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.